# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00033-CV

**In re Scag Power Equipment, Inc. and Metalcraft of Mayville, Inc.**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators Scag Power Equipment, Inc. and Metalcraft of Mayville, Inc. have filed an unopposed motion requesting that this original proceeding be dismissed. We grant the motion and dismiss the original proceeding.

Chari L. Kelly, Justice

Before Justices Goodwin, Kelly, and Smith

Filed: September 4, 2020